UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

**Case Title:** Thomas A. Gassner
**Adversary Title:** Husted v. MEPCO LABEL SYSTEMS et al

**Case No.:** 10-27435 - E - 7
**Adv No.:** 19-02006

**Docket Control No.** RHS-1
**Date:** 09/03/2020
**Time:** 10:30 AM

**Matter:** Continued Order for Determination of Core or Non-Core Status of Counts 1 and 2 of Counterclaim Relating to Stock Asserted to be Property of the Bankruptcy Estate, etc. - [129] - Order for Determination of Core or Non-Core Status of Counts 1 and 2 of Counterclaim Relating to Stock Asserted to be Property of the Bankruptcy Estate and to Set Hearing [RHS-1] Re: [105] Counterclaim by Alfred M. Gassner, Carol L. Gassner, MEPCO LABEL SYSTEMS against Kimberly J. Husted (pdes) Hearing to be held on 8/13/2020 at 10:30 AM at Sacramento Courtroom 33, Department E. (rlos)

**Judge: Ronald H. Sargis**
**Courtroom Deputy: Nancy Williams**
**Reporter: Diamond Reporters**
**Department: E**

**APPEARANCES for:**
**Movant(s):**
(by phone) Defendant's Attorney - Scott G. Beattie
**Respondent(s):**
(by phone) Plaintiff - Kimberly J. Husted; (by phone) Plaintiff's Attorney - Kristen Ditlevsen; Atty Holly Estioko, Atty Charles Hasting all by phone

CIVIL MINUTES

Hearing Submitted, Removed from Calendar

See Findings of fact and conclusions of law below

**This matter has been taken under submission and is removed from the calendar.**